

**SO ORDERED.**
**SIGNED this 6th day of May, 2015**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TENNESSEE NORTHERN DIVISION AT KNOXVILLE

IN RE:

    **TERESSA D. CAPTAIN,**                        Case No. 14-33023
                                                                 Chapter 7

          Debtor.

**MICHAEL H. FITZPATRICK, TRUSTEE,**

          Plaintiff,

vs.                                                          Adversary Proceeding No. 14-03072

**JEFFERY EUGENE GOSS,**

          Defendant.

### DEFAULT JUDGMENT

      It appearing that the complaint was filed in this adversary proceeding on December 22, 2014, that the summons and complaint were duly served upon the defendant, Jeffery Eugene Goss; no answer or other pleading having been filed by said defendant as required by law; the plaintiff having moved for entry of a default judgment without response of

the defendant; and the plaintiff having testified as to the basis of the relief requested in his complaint, the court finds that the transfer of $10,000.00 from Teresa D. Captain to Jeffery Eugene Goss was made without valuable consideration to the debtor. Such transfer is hereby void as a fraudulent conveyance under 11 USC § 548(a) and Tenn. Code Ann. 66-3-301, and may be recovered for the benefit of the estate pursuant to 11 U.S.C. 544(b) (1). As a result, the Court **grants judgment** against Jefferey Eugene Goss for **$10,000.00** in favor of Michael H. Fitzpatrick, Trustee.

###

**APPROVED:**

/s/ Ryan E. Jarrard
RYAN E. JARRARD, ESQ.
BPR NO. 024525
**QUIST, CONE & FISHER PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-2121
Phone: 865-524-1873 ext. 232
rej@qcflaw.com